UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TIO SESSOMS,<br><br>             Defendant. | No.  2:23-cr-00305-JAM-1<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE AND REQUEST FOR IMMEDIATE RELEASE** |

     On September 14, 2023, the Government filed a criminal complaint against Tio Sessoms ("Sessoms") alleging a violation of 21 U.S.C. § 841(a)(1).  Compl., ECF No. 1.  Sessoms was arrested the following day, on September 15, 2023, in the Western District of Pennsylvania.  Mot. to Dismiss ("Mot."), ECF No. 13.

      Sessoms filed the current motion to dismiss on the grounds that the Government has failed to comply with the requirements of 18 U.S.C. § 3161, the "Speedy Trial Act".  Motion to Dismiss ("Mot."), ECF No. 13.  Further, Sessoms requests for his immediate release.  Id.

     Pursuant to 18 U.S.C. § 3161(b), the Government has thirty (30) days to file any information or indictment charging a

1

1  defendant with an alleged offense.  This deadline can be extended
2  if there is a delay in the filing caused by the transportation of
3  the defendant to another district.  18 U.S.C. § 3161(b).
4  However, any delay over ten (10) days is presumed unreasonable.
5  Id.  If the Government fails to comply with the time limit set
6  forth in § 3162(b) and extended by § 3161(h), the complaint must
7  be dismissed, or otherwise dropped.  18 U.S.C. § 3162(a)(1).
8      It has now been over eighty (80) days since Sessoms' arrest.
9  The Government has yet to file any information or indictment
10 charging Sessoms with the commission of the offense.  The
11 Government states "a clerical error caused a delay in [Sessom's]
12 transport."  Opp'n, ECF No. 15 at 3:1-2.  The Government has not
13 adequately explained why the delay in Sessoms' transportation
14 caused the Government to fail to file any information or
15 indictment.  The Court does not find the delay in filing
16 reasonable.
17     Pursuant to 18 U.S.C. § 3162(a)(1), the Court is required to
18 dismiss the pending case.  Sessoms argues the case should be
19 dismissed with prejudice.  Reply at 3:1. The Court disagrees.
20 Having considered the seriousness of the offense, the facts and
21 circumstances surrounding the delay in filing, as well as the
22 impact of the administration of the Speedy Trial Act and the
23 administration of justice, the Court dismisses the case without
24 prejudice.  18 U.S.C. § 3162(a)(1); United States v. Olsen, 21
25 F.4th 1036, 1048 (9th Cir. 2022).

ORDER

27     For the reasons set forth above, the Court GRANTS
28 Defendant's Motion to Dismiss WITHOUT PREJUDICE and GRANTS

Defendant's request for immediate release.  The evidentiary hearing regarding detention, currently set for December 8, 2023, is VACATED.

   IT IS SO ORDERED.

Dated: December 6, 2023

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE