HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:23-cr-305-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **STATUS HEARING AND EXCLUDE TIME** |
| vs. ) | |
| ) | Date: January 9, 2024 |
| TIO DINERO SESSOMS, ) | Time: 9:00 a.m. |
| ) | Judge: John A. Mendez |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that the previously scheduled Status Hearing set for January 9, 2024 be continued to **March 12, 2024, at 9:00 a.m**.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for January 9, 2024 at 9:00 a.m.  Time has been ordered excluded through that date.

2. Mr. Sessoms respectfully requests that the Court continue the Status Hearing to March 12, 2024 at 9:00 a.m.

3. The government has proposed a protective order and the parties are actively discussing its details to determine whether they can come to an agreement about

the manner of discovery production. The government will be making discovery available for counsel to view in the interim.

4. Mr. Sessoms requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

5. Mr. Sessoms believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to Mr. Sessoms' motion.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 9, 2024 and March 12, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Sessoms in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 3, 2024

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sessoms

Date: January 3, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 03, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -3-                    *United States v. Sessoms*,
                                                                  2:23cr305-JAM