HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-305-JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| TIO DINERO SESSOMS, | Judge: Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that the special conditions of bond be temporarily modified in the following manner.

1. Mr. Sessoms' special conditions of release require that he reside at 5151 Calvine Road, Sacramento, California; restrict travel to the Eastern District of California unless otherwise approved by the pretrial services officer; location monitoring; and home detention. ECF no. 27, Conditions # 2, 4, 10, and 11.

2. Mr. Sessoms' grandfather-in-law (wife's grandfather) has recently passed away and his memorial services are scheduled for January 29-30, 2024 in Long Beach, California.

Stipulation and [Proposed] Order to
Temporarily Modify Conditions of Release     -1-     *United States v. Sessoms*,
2:23-CR-305-JAM

3. Mr. Sessom's requests that he be allowed to drive to the Central District of California with his wife and be present there from January 29-31, 2024 to attend the services and be with his family to mourn. During that time, location monitoring and home detention conditions will be temporarily suspended and he will not be electronically monitored, as recommended by pretrial services.

4. Mr. Sessoms will return to the Eastern District of California on January 31, 2024, and all previously imposed special conditions will resume being in effect.

5. Neither pretrial services nor the government object to Mr. Sessom's request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 25, 2024

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sessoms

Date: January 25, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 26, 2024

Honorable Jeremy D. Peterson
United States Magistrate Judge