HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
TIO SESSOMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-305-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | Judge: Hon. Carolyn K. Delaney |
| TIO DINERO SESSOMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that the conditions of bond be modified for the following reasons and in the following manner.

1. Per PTSO Basurto, Mr. Sessoms has complied with all conditions of release since they were imposed on December 15, 2023. *See* ECF no. 24.

2. Mr. Sessom's appearance bond is currently secured by all the available equity in the home owned by his wife, Marinda Johnson Sessoms, located at 5151 Calvine Road, Sacramento, California 95823. ECF no. 35 (Amended Appearance Bond).

3. Ms. Sessoms no longer wishes to act as a surety and secure the bond due to marital discord.

4. Mr. Sessoms moves for his appearance bond to be modified to a $20,000 unsecured bond to be cosigned by himself; Amy Sessoms (mother); and Mikel Hildebrandt (friend).

5. Mr. Sessoms further moves for the special conditions of release at ECF no. 27 to be superseded by the Amended Special Conditions of Release attached to the instant stipulation as Exhibit A. The amended conditions were provided to defense counsel by PTSO Basurto.  They specifically

    a. remove the condition that Ms. Sessoms act as a third-party custodian and that Mr. Sessoms reside at 5151 Calvine Road, Sacramento, California as stated in ECF no. 27, ¶2 and replace it with

*You must reside at a location approved by the pretrial services officer and not move or absent yourself from this for more than 24 hours without the prior approval of the pretrial services officer;*

    b. add the condition that

*You must report in person to the Pretrial Services Agency on the first working day following your release from custody*;

    c. add the condition that

*You must refrain from excessive use of alcohol*; and

    d. remove the home detention condition at ECF no 27, ¶11 and replace it with

**CURFEW**: *You must remain inside your residence every day from 10:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

6. PTSO Basurto spoke to Mr. Sessoms' mother and Mr. Hildebrandt and confirmed their suitability as sureties.

7. PTSO Basurto spoke with Aaron Greene, the director of Project Rebound and confirmed the following. Project Rebound provides student housing to students at Sacramento State University such as Mr. Sessoms. Project Rebound provides a structured living environment that includes curfew, video surveillance, and a firearms restriction.  It will allow location monitoring.  A resident assistant lives

in the home and will report any violations of pretrial release conditions to PTSO Basurto. Project Rebound is holding a room open for Mr. Sessoms. PTSO Basurto believes it is a suitable living arrangement for Mr. Sessoms. For the aforementioned reasons, it is also recommended that the Court remove Ms. Sessoms as the third-party custodian.

8. Neither Pretrial Services nor the government object to Mr. Sessoms' motion to modify the conditions of release as described above.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2024

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
TIO SESSOMS

Date: April 1, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Alexis Klein
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, orders the following.

1. The previously imposed secured appearance bond is modified to an unsecured appearance bond in the amount of $20,000 to be signed by Amy Sessoms, Mikel Hildebrandt, and Mr. Sessoms.

2. The previously imposed special conditions that Ms. Marinda Sessoms act as a third-party custodian and that Mr. Sessoms reside at 5151 Calvine Road, Sacramento, California as stated in ECF no. 27, ¶2 are removed and replaced with

    a. *You must reside at a location approved by the pretrial services officer and not move or absent yourself from this for more than 24 hours without the prior approval of the pretrial services officer;*

3. The following special conditions are added:

    a. *You must report in person to the Pretrial Services Agency on the first working day following your release from custody;*

    b. *You must refrain from excessive use of alcohol;* and

4. The previously imposed home detention special condition at ECF no 27, ¶11 is removed and replaced with

    a. **CURFEW**: *You must remain inside your residence every day from 10:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.*

IT IS SO ORDERED.

Dated: April 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE