HEATHER E. WILLIAMS, SBN #122664
Federal Defender
HOOTAN BAIGMOHAMMADI, # 279105
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710

Attorneys for Defendant
TIO SESSOMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TIO SESSOMS,<br><br>  Defendant. | Case No.  2:23-cr-00305-JAM<br><br>**ORDER TO EXONERATE BOND**<br><br>Judge: Hon. Deborah Barnes |

The Court hereby EXONERATES the previously imposed property bond secured by the available equity in the home owned by Marinda Sessoms, located at 5151 Calvine Road, Sacramento, CA 95823, and ORDERS that the property be reconveyed and that such reconveyance be recorded.

The Clerk of the Court is directed to send the reconveyance documents to Ms. Marinda Sessoms via postal mail.

IT IS SO ORDERED.

Dated:  April 11, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE