HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-CR-305-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| TIO DINERO SESSOMS, | Judge: Hon. Deborah Barnes |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that the special conditions of bond be temporarily modified in the following manner.

1. Mr. Sessoms' special conditions of release require that he reside at a location approved by pretrial services and not absent himself from the location for more than 24 hours without the prior approval by the pretrial services officer; restrict travel to the Eastern District of California unless otherwise approved by the pretrial services officer; location monitoring; and curfew. ECF no. 27, Conditions # 4 and 10; ECF no. 48 at 4 (Order Modifying Special Conditions).

Stipulation and Order to Temporarily Modify Conditions of Release        -1-        *United States v. Sessoms*, 2:23-CR-305-JAM

2. Mr. Sessoms' son is a junior college student at Sierra College and is visiting four-year universities to potentially transfer to. Bethel University located in McKenzie, Tennessee is one of the institutions that he will visit.

3. Mr. Sessom's requests that he be allowed to accompany his son to visit Bethel University as follows. On May 24, 2024 at 1:24 p.m., he is scheduled to fly from Sacramento, California to Nashville, Tennessee. On May 26, 2024 at 6:55 p.m., he is scheduled to return to Sacramento, California from Nashville, Tennessee. Both flights have one layover.

4. As recommended by pretrial services, location monitoring and curfew conditions will be temporarily suspended, and Mr. Sessoms will not be electronically monitored, while he is accompanying his son on the trip between May 24, 2024 at 1:24 p.m. and May 26, 2024 at 6:55 p.m.

5. All previously imposed special conditions will resume being in effect once Mr. Sessoms returns to the Eastern District of California on May 26, 2024.

6. Neither pretrial services nor the government object to Mr. Sessom's request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 22, 2024

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sessoms

Date: May 22, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Jason Hitt for*
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE