HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-00305-JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE AND MOTION HEARING** |
| vs. | ) | |
| TIO SESSOMS, | ) | Date: September 10, 2024 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that the previously ordered briefing schedule and motion hearing be continued.

The parties specifically stipulate as follows:

1. By previous order, the following briefing schedule and motion hearing were set:

| | |
|---|---|
| Motions Due | **August 6, 2024** |
| Oppositions due | **August 20, 2024** |
| Replies due | **August 27, 2024** |
| Motion Hearing | **September 10, 2024 at 9:00 a.m.** |

2. The government has recently produced discovery to Mr. Sessoms that he believes is pertinent to the motions he intends to file, and he needs more time to review the material. Mr. Sessoms has also made discovery requests that he believes are pertinent to the motions he intends to file, and the government's response is still outstanding.

3. For the forgoing reasons, Mr. Sessoms requests, without government objection, that the briefing schedule and motion hearing be reset as follows.

**Motions Due**           September 03, 2024

**Oppositions due**       September 17, 2024

**Replies due**           September 24, 2024

**Motion Hearing**        October 08, 2024, at 9:00 a.m.[1]

4. Time has already been excluded through the Jury Trial date of November 04, 2024. ECF No. 58.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 6, 2024

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sessoms

Date: August 6, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Alexis Klein
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

---

[1] The Trial Confirmation Hearing in this case is already scheduled for this date and time.

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: August 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE