HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-305-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| TIO DINERO SESSOMS, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that the special conditions of bond be temporarily modified in the following manner.

1. Mr. Sessoms' special conditions of release require that he reside at a location approved by pretrial services and not absent himself from the location for more than 24 hours without the prior approval by the pretrial services officer; restrict travel to the Eastern District of California unless otherwise approved by the pretrial services officer; location monitoring; and curfew.  ECF no. 27, Conditions # 4 and 10; ECF no. 48 at 4 (Order Modifying Special Conditions).

2. Mr. Sessoms' requests that he be allowed to accompany his wife and children to visit his wife's aunt in Long Beach, California from October 25, 2024 (departing from Sacramento at 8:00 a.m.) to October 27, 2024 (returning at 8:00 p.m.). They will travel by car and stay in a hotel.

3. Mr. Sessom's requests that he be allowed to accompany his wife and children to visit his son, who is a college student at Bethel University located in McKenzie, Tennessee. On November 15, 2024 at 11:00 a.m., Mr. Sessoms is scheduled to fly from Sacramento, California to Nashville, Tennessee. On November 19, 2024 at 8:45 p.m., he is scheduled to return to Sacramento, California from Nashville, Tennessee.

4. Mr. Sessoms has provided confirmation for all of his travel plans to his pretrial services officer.

5. As recommended by pretrial services, location monitoring and curfew conditions will be temporarily suspended, and Mr. Sessoms will not be electronically monitored during the trips to Long Beach and McKenzie.

6. All previously imposed special conditions will resume being in effect once Mr. Sessoms returns to the Eastern District of California on the aforementioned dates.

7. Neither pretrial services nor the government object to Mr. Sessom's request.

//
//
//
//
//
//
//
//
//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 21, 2024

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sessoms

Date: October 21, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Alexis Klein
ALEXIS KLEIN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  October 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE