HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIO DINERO SESSOMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00305-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTIONS SCHEDULE AND TRIAL COMMENCEMENT DATES** |
| vs. | |
| TIO DINERO SESSOMS, | Date: February 11, 2025 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorneys Alexis Klein and Robert Abendroth, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defenders Hootan Baigmohammadi and Christina Sinha, counsel for Mr. Sessoms, that the currently set motions schedule, trial confirmation hearing, and jury trial dates may be continued with an exclusion of time, as detailed below. The parties specifically stipulate as follows:

1. As detailed at dkt. 67, on September 17, 2024, the Court set the following motions schedule and trial commencement dates, with a time exclusion through and including February 24, 2025:

    - All pretrial motions due: January 06, 2025;
    - Oppositions due: January 27, 2025;
    - Replies due: February 03, 2025;

- Trial confirmation hearing and hearing on pretrial motions: February 11, 2025, at 9:00 a.m.; and
- Jury trial commences: February 24, 2025, at 9:00 a.m.

2. Two months after the Court set the above schedule, on November 15, 2024, the defense learned that Mr. Sessoms and another individual were charged via indictment in Western District of Pennsylvania case 2:24-CR-148-MRH-1 when that indictment was unsealed. The allegations in that case are relevant conduct to the allegations in this Eastern District of California case.

3. On December 04, 2024, the government relayed to the defense that a necessary government witness is not available during the week currently set for trial. The parties conferred with one another and with the Courtroom Deputy regarding scheduling. After doing so, the parties hereby jointly request the Court to continue the motions and trial dates as follows:

- Pretrial motions due: March 25, 2025
- Oppositions due: April 08, 2025
- Replies due: April 15, 2025
- Trial confirmation hearing and hearing on pretrial motions: **April 22, 2025, at 9:00 a.m.**; and
- Jury trial (anticipated to be five court days) commences: **May 19, 2025, at 9:00 a.m.**

4. The parties additionally jointly request the Court to exclude time through and including May 19, 2025. Defense counsel represents that they require additional time to investigate the case, conduct legal research, prepare pretrial motions, and otherwise prepare for trial. Counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the

best interest of the public and Mr. Sessoms in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between February 24, 2025 and May 19, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Sessoms in a speedy trial.

The parties respectfully request that the Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 17, 2024    */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
CHRISTINA SINHA
Assistant Federal Defenders
Attorneys for Defendant
TIO DINERO SESSOMS


Date: December 17, 2024    PHILLIP A. TALBERT
United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
ROBERT ABENDROTH
Assistant United States Attorneys
Attorneys for Plaintiff

Stipulation and Order to Continue
Motions and Trial Dates                -3-                *United States v. Sessoms*,
                                                          2:23-cr-00305

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 19, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE