HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23CR305-JAM |
| Plaintiff, | **STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITION OF RELEASE** |
| vs. | |
| TIO DINERO SESSOMS, | Date: |
| Defendant. | Time: |
| | Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Alexis Klein, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that his curfew condition be temporarily modified as follows.

1. Mr. Sessoms is subject to curfew from 10:00 p.m. to 6:00 a.m. ECF no. 48 at Page 4.

2. Mr. Sessoms attends church at Calvery Christian Center in Sacramento. The church will hold a special conference from January 22-24, 2025. The church has asked Mr. Sessoms to volunteer during the conference. On January 22 and 23, there are conference events that will begin at 7:00 p.m.

3. Mr. Sessoms respectfully requests that his curfew start time begin at midnight on

January 23 and 24 (in place of 10:00 p.m., January 22 and 23) so that he may attend all the conference events with sufficient time to return home before curfew. If church activities have concluded on the evenings in question, he shall immediately return home even if that means returning home before midnight.

4. Neither pretrial services nor the government object to Mr. Sessoms' temporary modification request.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 17, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sessoms

Date: January 17, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Alexis Klein
Alexis Klein
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE