UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cr-00305-JAM |
|---|---|
| Plaintiff, | |
| v. | **RECUSAL ORDER** |
| TIO SESSOMS, | |
| Defendant. | |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Senior Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: January 24, 2025         /s/ John A. Mendez
                                JOHN A. MENDEZ
                                Senior United States District Judge