HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
TIO DINERO SESSOMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-00305-DC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO SET** |
| | ) **MOTIONS SCHEDULE, TRIAL** |
| TIO DINERO SESSOMS, | ) **COMMENCEMENT DATE, AND TO EXCLUDE** |
| | ) **TIME** |
| Defendant. | ) |
| | ) Date: |
| | ) Time: |
| | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorneys Alexis Klein and Robert Abendroth, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defenders Hootan Baigmohammadi and Christina Sinha, counsel for Mr. Sessoms, as follows.

1. As detailed at dkt. 81, on December 20, 2024, a jury trial was set for May 2025. The Court also set trial-related deadlines.

2. On January 27, 2025, the Honorable Judge Mendez recused himself and vacated all previously scheduled dates. The case was reassigned to the instant Court. Dkt. 84.

3. The parties have conferred about setting a new motions schedule and trial commencement date before the instant Court. The parties agree a jury trial in October is appropriate in this case, given the procedural posture of this matter and ongoing defense investigation.

      a. This includes the fact that Mr. Sessoms has been indicted in the Western District of Pennsylvania (WDPA) for conduct that may be related to and/or overlaps with the charges in this district. The defense is working to get him arraigned and appointed counsel in the WDPA and have been in communication with the government in this case to accomplish this. The defense believes there is discovery Mr. Sessoms will receive after this occurs that is relevant to this case and will require the defense to conduct additional investigation and legal research, amongst other things. Mr. Sessoms needs the additional time to determine how best to move forward with defense preparation for trial in the instant case given the charges he faces in the WDPA.

4. For these reasons, the parties hereby jointly request the Court set the motions and trial dates as follows:

- Pretrial motions due: July 4, 2025 at 9:00 a.m.
- Oppositions due: July 18, 2025 at 9:00 a.m.
- Replies due: July 25, 2025 at 9:00 a.m.
- Rule 12 Motions Hearing: August 1, 2025 at 9:30 a.m.
- Trial confirmation hearing: August 29, 2025 at 9:00 a.m.; and
- Jury trial (anticipated to be five court days) commences: October 6, 2025 at 9:00 a.m.

5. The parties respectfully request the Court separately set other trial-related deadlines for motions in limine and jury instructions, either by order or at the August 29, 2025 trial confirmation hearing.

6. The parties additionally jointly request the Court to exclude time through and including October 6, 2025. For the reasons stated above, defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose that representation. Therefore, the

parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Sessoms in a speedy trial, and respectfully request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between May 19, 2025 and October 6, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Sessoms in a speedy trial.

The parties respectfully request that the Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 17, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
CHRISTINA SINHA
Assistant Federal Defenders
Attorneys for Defendant
TIO DINERO SESSOMS

Date: March 17, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Alexis Klein*
ALEXIS KLEIN
ROBERT ABENDROTH
Assistant United States Attorneys
Attorneys for Plaintiff

**O R D E R**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, a Trial Confirmation hearing is SET for August 29, 2025 at 9:30 a.m.; a Jury Trial is SET for October 6, 2025 at 9:00 a.m.; Rule 12 Motions shall be filed no later than July 4, 2025 and be noticed for hearing on August 1, 2025 at 9:30 a.m., with Oppositions or Statement of Non-Oppositions to be filed no later than July 18, 2025, and Replies (if any) filed no later than July 25, 2025. All hearings will be held in Courtroom 8 before the Honorable Dena M. Coggins. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the time period between May 19, 2025 and October 6, 2025 (inclusive) is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

IT IS SO ORDERED.

Dated:  **March 21, 2025**

Dena Coggins
United States District Judge