1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Sessoms

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23CR305-DC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY MODIFY CONDITION OF RELEASE** |
| vs. |  |
| TIO DINERO SESSOMS, | Judge: Hon. Jeremy D. Peterson |
| Defendant. |  |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Tio Dinero Sessoms, that Mr. Sessoms' conditions of release be modified as follows.

1. Mr. Sessoms is subject to a curfew from 10:00 p.m. to 6:00 a.m. Dkt. 48 at 4. He also has a location monitoring condition. Dkt. 47-1, ¶12. He must receive permission from the Court to temporarily modify these conditions.[1] *See id*.

2. Mr. Sessoms is member of Project Rebound, a program at Sacramento State University and other universities that helps formerly incarcerated students

---

[1] He also may not absent himself from his residence for more than 24 hours nor leave the Eastern District of California. Dkt. 47-1 at ¶¶3, 5. However, his Pretrial Officer may lift those conditions at their discretion. *See id*.

Stipulation and [Proposed] Order to Modify         -1-                *United States v. Sessoms*,
Conditions of Release                                                   2:23CR305-DC

graduate with a college degree. The Sacramento State chapter requests that Mr. Sessoms attend the statewide Project Rebound Graduation Ceremony on June 7, 2025 at 3:00 p.m. to be held at San Francisco State University. They will escort him to the event on June 7, 2025 and return him home on June 8, 2025 before 1:00 p.m.

3. Mr. Sessoms respectfully requests that the Court allow for his location monitoring and curfew restrictions to be temporarily lifted from June 7, 2025 to June 8, 2025, so that he may attend the Graduation as described above.

4. Mr. Sessoms will provide all travel details to his Pretrial Officer prior to the trip.

5. Neither pretrial services nor the government object to Mr. Sessoms' temporary modification request.

6. Attached as Exhibit A is a Consent to Modify signed by both sureties.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2025         */s/ Hootan Baigmohammadi*
                           HOOTAN BAIGMOHAMMADI
                           Assistant Federal Defender
                           Attorneys for Defendant
                           Mr. Sessoms


Date: June 2, 2025         MICHELE BECKWITH
                           Acting United States Attorney

                           */s/ Adrian Kinsella*
                           ADRIAN KINSELLA
                           Assistant United States Attorney
                           Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:   June 6, 2025    _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Modify
Conditions of Release                          -3-                    *United States v. Sessoms*,
                                                                        2:23CR305-DC