CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA  95814
Tel:  (916) 414-8050
Fax: (916) 790-9450
Email: cfields@candicefieldslaw.com

Attorney for Defendant
Confidential Informant AB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIO SESSOMS<br><br>    Defendant. | Case No. 2:23-CR-00305-DC<br><br>[PROPOSED] ORDER GRANTING REQUEST TO SEAL IDENTIFYING INFORMATION |

The Court has reviewed the Request to Seal Identifying Information submitted under seal by Confidential Informant Witness AB.

Good cause appearing, the request is granted.

1. All filings containing the confidential informant's name or identifying information shall be sealed.

2. Redacted versions may be filed publicly as appropriate by counsel for defendant.

3. Future filings shall refer to the confidential informant only as CI unless otherwise ordered.

IT IS SO ORDERED.

Dated: November 21, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

- 1 -