HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
TIO DINERO SESSOMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-305-DC |
| Plaintiff, | **STIPULATION AND ORDER TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |
| vs. | |
| TIO DINERO SESSOMS, | Judge: Hon. Chi Soo Kim |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys Adrian Kinsella and Nicole Vanek, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi and Megan T. Hopkins, counsel for Defendant Tio Dinero Sessoms, that the special conditions of pretrial release be temporarily modified in the following manner:

1. Mr. Sessoms' special conditions of release require that he reside at a location approved by pretrial services and not absent himself from the location for more than 24 hours without the prior approval by the pretrial services officer; restrict travel to the Eastern District of California unless otherwise approved by the pretrial services officer; location monitoring; and curfew. ECF no. 27, Conditions # 4 and 10; ECF no. 48 at 4 (Order Modifying Special Conditions).

2. Mr. Sessoms' eldest son attends college in Tennessee.

3. Mr. Sessoms' requests that he be allowed to travel with his wife and other children to visit his eldest son at his college on December 12-15, 2025 for his son's graduation ceremony and related activities.

4. Mr. Sessoms will provide flight details and travel plans as requested by Pretrial Services before traveling.

5. Pretrial Services has discretion as to the technology used with regard to location monitoring. Therefore, while Mr. Sessoms is traveling he will be subject to GPS monitoring.

6. All previously imposed special conditions will resume being in effect immediately upon Mr. Sessoms' return to the Eastern District of California from the travel mentioned above.

7. Neither pretrial services nor the government object to Mr. Sessom's request.

8. Attached as Exhibit A is the signed Consent to Modify Conditions of Release.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 7, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
TIO DINERO SESSOMS

Date: December 7, 2025

ERIC GRANT
United States Attorney

/s/ Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December __8__, 2025

_____
Honorable Chi Soo Kim
United States Magistrate Judge

Stipulation and Order to Temporarily Modify
Conditions of Release                                    -3-                                    *United States v. Sessoms*,
                                                                                                       2:23-CR-305-DC