IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TIO DINERO SESSOMS,<br><br>  Defendant. | Case No. 2:23-cr-00305 DC<br><br>[PROPOSED] ORDER GRANTING REQUEST TO SEAL<br><br>Court: Hon. Dena Coggins |

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon representations contained in Mr. Sessoms' Request to Seal, that Mr. Sessoms' three documents (11 pages in total) and his Request to Seal be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for Mr. Sessoms. They shall not be served on the government.

IT IS SO ORDERED.

Dated: __**December 30, 2025**__                              _____
                                                                                   Dena Coggins
                                                                                   United States District Judge

Order                                          -1-