HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23-cr-00305-DC |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| TIO SESSOMS, | Judge: Dena M. Coggins |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Defendant's Request to File Exhibit A to Defendant's Motions *in Limine* under seal (Doc. No. 136) is GRANTED.  Accordingly, Exhibit A to Defendant's Motion *in Limine* shall be filed under seal with a filed copy provided to Counsel for the Defendant, Hootan Baigmohammadi and Megan Hopkins, and Counsel for the Government, Adrian Kinsella and Nicole Vanek. These documents shall remain under seal until further Order of the Court.

        IT IS SO ORDERED.

Dated:   __**January 14, 2026**__                          _____

                                                                        Dena Coggins
                                                                        United States District Judge

Proposed Order to Seal                              -1-              *United States v. Sessoms,* 2:23-cr-00305-DC