IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　vs.

TIO DINERO SESSOMS,

　　　　　Defendant.

Case No. 2:23cr305-DC

)
)
)
)
)
)
)
)
)
)
)

[PROPOSED] ORDER GRANTING REQUEST TO SEAL

Court: Hon. Chi Soo Kim

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon representations contained in Mr. Sessoms' Request to Seal, that Mr. Sessoms' three documents (13 pages in total) and his Request to Seal be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for Mr. Sessoms. They shall not be served on the government nor the Confidential Informant movant.

Dated: January 16, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

Order                              -1-