UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIO SESSOMS,<br><br>Defendant. | No. 2:23-cr-00305-DC-1<br><br>ORDER GRANTING IN PART NON-PARTY MOVANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(Doc. No. 143) |

On January 15, 2026, non-party movant ("Movant") filed a notice of request to file under seal: (1) Exhibit A to the motion to modify the subpoena, which is a letter from the Movant's medical doctor, and (2) the unredacted version of the motion to modify the subpoena and supporting declaration. (Doc. No. 143 at 2.)

As to the Movant's request to file under seal the unredacted motion to modify the subpoena and supporting declaration, the Movant has shown that good cause exists as required by applicable law to grant the Movant's request to seal confidential information from the public docket. The Movant will be directed to file on the docket a redacted version of the motion to modify the subpoena and supporting declaration with the Movant's name, address, and confidential informant status redacted. (*See id.*)

As for the Movant's request to seal Exhibit A to the motion to modify the subpoena, that request will be granted in part. In the declaration the Movant filed in support of the motion to

1

modify the subpoena, counsel for the Movant states that she "obtained a letter from the [Movant's] treating physician stating that the [Movant] should be excused from traveling for a court appearance due to the [Movant's] medical condition, and that remote participation is medically acceptable." Notably, the Movant does not seek to redact this portion of the declaration. Thus, this information from the declaration will not be redacted and will be filed on the public docket. Exhibit A—a letter from the Movant's medical doctor—contains the same information as provided by the Movant's counsel in the declaration. Exhibit A does not include any specific information regarding the Movant's medical condition or history. Therefore, the court finds no basis upon which to grant the request to seal Exhibit A in its entirety. However, the court will direct the Movant to file a redacted version of Exhibit A on the docket with the Movant's name, date of birth, address, and medical doctor's name redacted and direct that an unredacted version of Exhibit A be filed under seal.

Accordingly,

1.    Movant's request to file documents under seal (Doc. No. 143) is GRANTED in part;

2.    Movant's request to file a redacted version of the motion to modify the subpoena and supporting declaration is GRANTED;

3.    Movant is directed to file a redacted version of the motion to modify the subpoena and supporting declaration which redacts the Movant's name, address, and confidential informant status by no later than January 21, 2026, at 12:00 PM;

4.    Movant is directed to file a redacted version of Exhibit A that redacts the Movant's name, date of birth, address, and the medical doctor's name by no later than January 21, 2026, at 12:00 PM; and

/////

/////

/////

/////

/////

5.      The Clerk of the Court is directed to file the unredacted versions of the motion to modify the subpoena and supporting declaration and Exhibit A on the docket under seal.

IT IS SO ORDERED.

Dated:   **January 16, 2026**

_____
Dena Coggins
United States District Judge

3