HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sessoms

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:23-cr-00305-DC |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| TIO SESSOMS, | ) ) | Judge: Dena M. Coggins |
| Defendant. | ) ) ) ) | |

        **IT IS HEREBY ORDERED** that Defendant's Request to Seal submitted on January 20, 2026, in connection with the Notice filed at Doc. No. 159 is GRANTED. Accordingly, the Request to Seal, Defendant's Opposition to the Non-Party Movant's Motion to Modify Subpoena Under Seal, and Exhibit A shall be filed under seal until further order of the court. Counsel for Defendant shall ensure the records are provided to Government Counsel and Non-Party Movant's Counsel.

        IT IS SO ORDERED.

Dated:   **January 22, 2026**                          _____
                                                       Dena Coggins
                                                       United States District Judge

Order to Seal                          -1-          *United States v. Sessoms,* 2:23-cr-00305-DC