IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIO DINERO SESSOMS,

Defendant.

Case No. 2:23-cr-00305-DC

ORDER GRANTING REQUEST TO SEAL

Court: Hon. Dena Coggins

**IT IS HEREBY ORDERED** that Defendant's Request to Seal submitted January 21, 2026, in connection with the Notice filed at Doc. No. 162 is GRANTED. Pursuant to Local Rule 141(b) and based upon representations contained in Mr. Sessoms' Request to Seal, Mr. Sessoms' four documents (6 pages in total) and his Request to Seal shall be SEALED until further order of this court.  It is FURTHER ORDERED that access to the sealed documents shall be limited to Counsel for Mr. Sessoms. They shall not be served on Counsel for the United States of America.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

_____

Dena Coggins
United States District Judge

Order                                        -1-