UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:23-cr-00305-DC-1 |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART NON-PARTY MOVANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL |
| TIO SESSOMS, | |
| Defendant. | (Doc. No. 158) |

On January 18, 2026, non-party movant ("Movant") filed a notice of request to file under seal: (1) Exhibit B to the motion to modify the subpoena, which is a letter from the Movant's medical doctor dated January 18, 2026, and (2) the unredacted version of the motion to modify the subpoena and supporting declaration.[1] (Doc. No. 158 at 1.)

As for the Movant's request to seal Exhibit B to the motion to modify the subpoena, that request will be granted in part. In the declaration the Movant filed in support of the motion to modify the subpoena, counsel for the Movant states that she "obtained a letter from the [Movant's] treating physician stating that the [Movant] should be excused from traveling for a court appearance due to the [Movant's] medical condition, and that remote participation is

---

[1] The court previously granted Movant's request to file an unredacted version of the motion to modify the subpoena and supporting declaration under seal, and therefore does not address Movant's request again in this order. (Doc. Nos. 143, 160.)

1

medically acceptable." Notably, the Movant does not seek to redact this portion of the declaration. Thus, this information from the declaration will not be redacted and will be filed on the public docket. Exhibit B—a letter from the Movant's medical doctor dated January 18, 2026—contains similar information as provided by the Movant's counsel in the declaration. Exhibit B does not include any specific information regarding the Movant's medical condition or history. Therefore, the court finds no basis upon which to grant the request to seal Exhibit B in its entirety. However, the court will direct the Movant to file a redacted version of Exhibit B on the docket with the Movant's name, date of birth, address, account photograph, and medical doctor's name redacted, and the court will direct that an unredacted version of Exhibit B be filed under seal.

Accordingly,

1.     Movant's request to file documents under seal (Doc. No. 158) is GRANTED in part;

2.     Movant is directed to file a redacted version of Exhibit B that redacts the Movant's name, date of birth, address, account photograph, and the medical doctor's name by no later than January 29, 2026, at 12:00 PM; and

3.     The Clerk of the Court is directed to file the unredacted version of Exhibit B to the motion to modify the subpoena on the docket under seal.

IT IS SO ORDERED.

Dated:   **January 27, 2026**     _____

Dena Coggins
United States District Judge

2