IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:23-CR-00305-DC |
| | ) |
| Plaintiff, | ) ORDER SEALING THE |
| | )   GOVERNMENT'S NON-PUBLIC WITNESS LIST |
| v. | ) |
| | ) |
| TIO SESSOMS, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal submitted in connection with the Notice filed on January 23, 2026 (Doc. No. 189), IT IS HEREBY ORDERED that the Government's Non-Public Witness List, and the Government's Request to Seal, shall be SEALED until further order of this Court.  Counsel for defendant shall not provide a copy of the Non-Public Witness List to any other person, including the defendant.

IT IS SO ORDERED.

Dated:   **January 29, 2026**   _____

Dena Coggins
United States District Judge