Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:  (916) 447-2988

Attorney for:
TIO SESSOMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  23 CR 00305 DC |
| Plaintiff, | STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR WORK AND OVERNIGHT STAY |
| v. | |
| TIO SESSOMS, | |
| Defendant | |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Adrian Kinsella and Defense Counsel, Dina L. Santos; Counsel for Defendant, Tio Sessoms, that the Defendant be allowed to travel to the Northern District to for work that will entail long work days on May 20, 2026 and return to Sacramento, on May 21, 2026.   Mr. Sessoms will not be electronically monitored during tis time.  Pretrial Services for Eastern District of California, the Western District of Pennsylvania, and the Government do not oppose the modification.

1

Dated:  April 22, 2026                      /s/   Dina L. Santos
                                            DINA SANTOS, ESQ.
                                            Attorney for Tio Sessoms


Dated:  April 22, 2026                      /s/ Adrian Kinsella
                                            ADRIAN KINSELLA
                                            Assistant United States Attorney


## ORDER


**IT IS SO ORDERED**:


DATE:  April 28, 2026

                                            Honorable United States Magistrate
                                            Judge Jeremy D. Peterson

2