DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
Tio Dinero Sessoms

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　vs.

TIO DINERO SESSOMS

　　　　Defendant.

) Case No.: 23-cr-00305-DC
)
) STIPULATION AND ORDER TO
) CONTINUE STATUS CONFERENCE
)
) Date:　　July 31, 2026
) Time:　　9:30 a.m.
) Judge:　　Hon. Coggins
)
)
)
)
)

## **STIPULATION**

The United States of America through its undersigned counsel, Adrian Kinsella, Assistant United States Attorney, and Nicole Vanek, Assistant United States Attorney, together with Attorneys Dina Santos, counsel for Tio Dinero Sessoms, hereby stipulate the following:

1. The Status Conference was previously set for May 15, 2026. By this stipulation, the parties now move to continue the Status Conference to July 31, 2026, at 9:30 a.m. and to exclude time between May 15, 2026, and July 31, 2026, under the Local Code T-4 (to allow defense counsel time to prepare).

2. The parties agree and stipulate, and request the Court find the following:

STIPULATION AND ORDER　　　　- 1 -

a. A continuance is requested to continue to allow the Defense to meet with the Client, review recently produced discovery, conduct investigation, and discuss a potential resolution.

b. Counsel for the Defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The Government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 15, 2026, to July 31, 2026, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

//

/

**IT IS SO STIPULATED.**

DATE:  May 6, 2026                      Eric Grant
                                        United States Attorney

                                         /s/ Adrian Kinsella
                                        ADRIAN KINSELLA
                                        Assistant U.S. Attorney

DATE:  May 6, 2026

                                         /s/ Nicole Vanek
                                        NICOLE VANEK
                                        Assistant U.S. Attorney

DATE:  May 6, 2026

                                         /s/ Dina L. Santos
                                        DINA L. SANTOS
                                        Attorney for Tio Dinero Sessoms

## ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on May 6, 2026 (Doc. No. 233), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for May 15, 2026, is VACATED and RESET for July 31, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between May 15, 2026 and July 31, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **May 7, 2026**                    _____

Dena Coggins
United States District Judge

STIPULATION AND ORDER                - 4 -