ERIC GRANT
United States Attorney
NICOLE M. VANEK
ADRIAN T. KINSELLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TIO SESSOMS,<br>Defendants. | CASE NO. 2:23-CR-00305-DC<br>**STIPULATION AND ORDER SETTING PRETRIAL BRIEFING SCHEDULE AND TRIAL DATE**<br>COURT: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorneys Adrian Kinsella and Nicole Vanek, and Dina L. Santos, attorney for defendant Tio Dinero Sessoms, that trial be set in this matter to begin on **November 8, 2027, at 9:00 a.m.** with a trial confirmation hearing to be held on **October 4, 2027 at 9:00 a.m.**

The parties further stipulate to the following pretrial motions schedule:

1. Pending Motions (Motion to Reconsider and Motion to Compel Discovery) shall be heard on January 22, 2027 at 9:30 am.[1]

[1] The parties agree that in light of new counsel not having had an opportunity to brief either matter, Mr. Sessoms will be afforded an opportunity to file up to 5 pages of supplemental briefing, and the government will have the opportunity to file up to 5 pages in response. Supplemental briefing, if any, must be filed no later than January 8, 2027, and any response must be filed no later than January 15, 2027.

2. Pretrial Motions, including a renewed motion to dismiss for spoliation of evidence by the defense and any additional pretrial motions to be brought by either party, shall be filed no later than July 2, 2027, with any opposition filed no later than July 9, 2027, and any reply filed no later than July 16, 2027.
3. Pretrial motions shall be heard on July 23, 2027, at 9:30 a.m. or such time thereafter as the Court is available.

According to counsel for the defense, the defense is still in the process of reviewing discovery and familiarizing themself with the facts of the case, in order to prepare for trial. Further, the defense has not yet had an opportunity to identify and analyze all potential pretrial motions, and so the parties agree that the above-listed deadlines provide a reasonable time for defense discovery review, investigation, and trial preparation.

Based on the foregoing the parties agree that the ends of justice served by setting the trial to begin on November 8, 2027 outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time through November 8, 2027, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties further agree that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence. The government does not oppose the above-listed schedule and so stipulates.

Dated: October 13, 2026

ERIC GRANT
United States Attorney

By: /s/ NICOLE M. VANEK
NICOLE M. VANEK
Assistant United States Attorney

Dated: October 13, 2026

*/s/ Dina L. Santos*
DINA L. SANTOS
Attorney for Defendant
TIO DINERO SESSOMS

ORDER

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on October 13, 2026 (Doc. No. 236), and good cause appearing therefrom, APPROVES the parties' stipulation *as modified*. Accordingly, the Status Conference scheduled for October 23, 2026, is VACATED, and the following trial schedule is set: a Trial Confirmation Hearing is SET for October 8, 2027, at 9:30 a.m. (opposed to October 4, 2027, at 9:00 a.m.), and a Jury Trial is SET for November 8, 2027, at 9:00 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that a Motion Hearing as to the pending Motion to Reconsider (Doc. No. 199) and Motion to Compel Discovery (Doc. 138) is SET for January 29, 2027, at 9:30 a.m. (opposed to January 22, 2027) with Defendant's supplemental briefing, limited to 5 pages, to be filed by January 8, 2027, and the Government's supplemental response, limited to 5 pages, to be filed by January 15, 2027; Rule 12 Motions, including a renewed motion to dismiss, may be filed no later than July 2, 2027, and be noticed for hearing on August 6, 2027, at 9:30 a.m. (opposed to July 23, 2027), with Oppositions to be filed by July 9, 2027, and Replies to be filed by July 16, 2027. All hearings will be held in Courtroom 10 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that the time period between October 23, 2026 and November 8, 2027, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dena Coggins
United States District Judge